# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Ingrid Del Monte

                                        CASE NO. 10-02123 SBA

        Plaintiff(s),

        v.                              STIPULATION AND PROPOSEDXX
                                        ORDER SELECTING ADR PROCESS
Metropolitan Life Insurance Company,

        Defendant(s),

_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
                Non-binding Arbitration (ADR L.R. 4)
                Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        ✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ✓       Private ADR *(please identify process and provider)*  Private non-binding mediation
before mutually agreeable neutral through JAMS.

The parties agree to hold the ADR session by:
                the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered.)*

        ✓       other requested deadline  March 11, 2011

Dated: Aug. 24 2010

                                        _____
                                        Attorney for Plaintiff Dean C. Burnick

Dated: Aug. 24, 2010

                                        _____
                                        Attorney for Defendant Royal F. Oakes

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

        Pursuant to the Stipulation above, the captioned matter is hereby referred to:
              Non-binding Arbitration
              Early Neutral Evaluation (ENE)
              Mediation
              X Private ADR

        Deadline for ADR session
              90 days from the date of this order.
              X other   3/11/11

IT IS SO ORDERED.

Dated:  9/8/10

UNITED STATES MAGISTRATE JUDGE

*INGRID DEL MONTE V METROPOLITAN LIFE INSURANCE COMPANY, ET AL.*
**USDC – Northern District CASE NO.: C 10-02123 SBA**

1

## PROOF OF SERVICE

2      I, the undersigned, hereby declare:

3      I am employed in the County of Contra Costa, State of California, in the office of a

4 member of the bar of this court, at whose direction the following service was made. I am over

5 the age of 18 and not a party to this legal action. My business address is: Greenan, Peffer,

6 Sallander & Lally, 6111 Bollinger Canyon Road, Suite 500, San Ramon, California 94583.

7      On the date given below, from the business address indicated above, I served a true and

correct copy, by PACER Electronic Court Filing Service, of the following:

8

### STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

9      On the interested parties in this matter by enclosing said document(s) in a sealed envelope,
addressed as follows:

10

| | |
|---|---|
| James Christopher Castle<br>Michael A.S. Newman<br>Royal Forest Oakes<br>BARGER & WOLEN LLP<br>633 West 5th Street, 47th Floor<br>Los Angeles, CA 90071 | Attorneys for Defendant<br>Metropolitan Life Insurance Company<br><br>Tel: (213)680-2800<br>Fax: (213)614-7399<br>Email: mnewman@barwol.com<br>Email: roakes@barwol.com |

16  [√]    **[BY MAIL]**   I am readily familiar with the business practice of Greenan, Peffer,
Sallander & Lally for collection and processing of correspondence for mailing with the
United States Postal Service, wherein the correspondence would be deposited with the
United States Postal Service that same day, in the ordinary course of business. I served
such envelope(s) in accordance with said business practice. [FRCP 5(b)(2)(C)].

19  [ ]    **[BY OVERNIGHT DELIVERY]**   I caused such envelope(s) to be deposited with or
in a box or other facility regularly maintained by the express service carrier, or
delivered to an authorized courier of said carrier, delivery fees paid or provided for, to
be delivered the next business day. [FRCP 5(b)(2)(D)].

22  [ ]    **[BY PERSONAL SERVICE]**   I delivered or caused to be delivered each document by
hand this date to the addressee(s) listed below. [FRCP 5(b)(2)(A) & (B)].

23  [√]    **[BY ELECTRONIC SERVICE]**   I caused such document(s) to be transmitted
electronically to the party (ies), at the electronic mailing address (es) indicated above.
Said transmission was reported as complete and without error. [FRCP 5(b)(2)(E)].

25      I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct, and that this declaration was executed on **August 25, 2010** at San
Ramon, California.

*Mary E. Woffinden*

Mary E. Woffinden

Greenan,
Peffer,
Sallander &
Lally LLP