UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ingrid Del Monte

            Plaintiff(s),

        v.

Metropolitan Life Insurance Company,

            Defendant(s).
_____/

CASE NO. 10-02123 SBA

AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   ✓   Private ADR *(please identify process and provider)*  Private non-binding mediation before mutually agreeable neutral.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   ✓   other requested deadline  March 11, 2011 (to afford time for pre-mediation discovery)

Dated: Sept 10, 2010

                  Dean C. Burnick
                  Attorney for Plaintiff

Dated: Sept 15, 2010

                  Royal F. Oakes
                  Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓    Private ADR

Deadline for ADR session
    90 days from the date of this order.
✓    other   120 DAYS FROM THE DATE OF THIS ORDER

IT IS SO ORDERED.

Dated: 9/22/10

*Sandra B. Armstrong*

UNITED STATES MAGISTRATE JUDGE