1  David Allen (SBN 87193)
   DAVID ALLEN & ASSOCIATES
2  5230 Folsom Boulevard
   Sacramento, California 95819
3  (916) 455-4800 Telephone
   (916) 451-5687 Facsimile
4
   Attorneys for Plaintiff,
5  INGRID DEL MONTE

6

7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11
   INGRID DEL MONTE,                ) Case No. C:10-02123 SBA
12                                  )
                                    ) [PROPOSED] ORDER ON SUBSTITUTION
13        Plaintiffs,               ) OF ATTORNEYS
                                    )
14                                  ) Complaint Filed:   04/5/2010
        v.                          )
15                                  )
   METROPOLITAN LIFE INSURANCE      )
16 COMPANY, et al,                  )
                                    )
17                                  )
          Defendants.               )
18 _____  )

19

20      On November 16, 2010, Plaintiff, INGRID DEL MONTE, retained new counsel of record,

21 David Allen of David Allen of David Allen & Associates, in the above-captioned matter.

22      The mailing address, telephone number, and email addresses for David Allen of David Allen

23 of David Allen & Associates is:

24          5230 Folsom Boulevard
            Sacramento, California 95819
25          (916) 455-4800 Telephone
            (916) 451-5687 Facsimile
26          Dallen@DavidAllenLaw.com

27
        Plaintiff submitted a "Substitution of Attorneys and [Proposed] Order Thereon December
28

---
1
[PROPOSED] ORDER

1  3, 2010. The Court now orders that David Allen of DAVID ALLEN OF DAVID ALLEN &
2  ASSOCIATES, replaces Dean C. Burnick and Dax Yeophantong Craven of GREENAN, PEFFER,
3  SALLANDER & LALLY, LLP in the above-captioned matter.
4      IT IS SO ORDERED.

DATED: 4-19 , 2011

_____
UNITED STATES DISTRICT JUDGE