UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INGRID DEL MONTE,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and DOES 1-20, inclusive,<br><br>    Defendants. | Case No:  C 10-2123 SBA<br><br>**ORDER OF REFERENCE** |

Pursuant to the parties' stipulation filed on May 11, 2011 (Docket 40), IT IS HEREBY ORDERED THAT Plaintiff and Defendant attend a private mediation session in lieu of the Court-Connected Arbitration Program administered by the Court.  The parties shall attend a private mediation session with JAMS mediator Martin Quinn, Esq. in San Francisco, California on July 14, 2011.

IT IS SO ORDERED.

Dated:  May 13, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge