1  David Allen (SBN 87193)
   DAVID ALLEN & ASSOCIATES
2  5230 Folsom Boulevard
   Sacramento, California 95819
3  (916) 455-4800 Telephone
   (916) 451-5687 Facsimile
4
   Attorneys for Plaintiff,
5  INGRID DEL MONTE

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   INGRID DEL MONTE,                )  Case No. C:10-02123 SBA
12                                  )
                                    )  Hon. Saundra B. Armstrong
13            Plaintiffs,           )  Dept. 3
                                    )
14                                  )  STIPULATION OF COUNSEL FOR ORDER
       v.                           )  OF DISMISSAL
15                                  )
   METROPOLITAN LIFE INSURANCE      )  Complaint Filed:    04/5/2010
16 COMPANY AND DOES 1-20            )
   INCLUSIVE,                       )
17                                  )
                                    )
18            Defendants.           )
   _____ )
19

20        IT IS HEREBY STIPULATED by and between the parties to this action, through their

21 respective counsel of record, that the above-captioned action be and hereby is dismissed with

22 prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party

23 shall bear her or its own costs and attorneys' fees.

24        IT IS SO STIPULATED

25 DATED: August 5, 2011                         BARGER & WOLEN LLP

26

27                                               By: */s/ Royal F. Oakes*
                                                 ROYAL F. OAKES
28                                               Attorneys for Defendant
                                                 Metropolitan Life Insurance Company

                                         1
              STIPULATION OF COUNSEL FOR ORDER OF DISMISSAL

1

DATED: August 5, 2011                    DAVID ALLEN & ASSOCIATES

2

3                                        By: */s/ David Allen*
                                         DAVID ALLEN
                                         Attorney for Plaintiff
4                                        Ingrid Del Monte

5

6

7

8                                        **ORDER**

9

IT IS SO ORDERED. The Clerk of Court is hereby directed to close the file.

10

11

Dated:   9/14/11

12

13      _____
        HON. SAUNDRA B. ARMSTRONG
        UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION OF COUNSEL FOR ORDER OF DISMISSAL