```
 1  David Allen (SBN 87193)
    DAVID ALLEN & ASSOCIATES
 2  5230 Folsom Boulevard
    Sacramento, California 95819
 3  (916) 455-4800 Telephone
    (916) 451-5687 Facsimile
 4
    Attorneys for Plaintiff,
 5  INGRID DEL MONTE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INGRID DEL MONTE, | ) | Case No. C:10-02123 SBA |
|---|---|---|
| | ) | |
| | ) | Hon. Saundra B. Armstrong |
| Plaintiffs, | ) | Dept. 3 |
| | ) | |
| | ) | STIPULATION OF COUNSEL FOR ORDER |
| v. | ) | OF DISMISSAL |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | Complaint Filed:   04/5/2010 |
| COMPANY AND DOES 1-20 INCLUSIVE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

IT IS SO STIPULATED

DATED: August 5, 2011                    BARGER & WOLEN LLP


                                         By: */s/ Royal F. Oakes*
                                         ROYAL F. OAKES
                                         Attorneys for Defendant
                                         Metropolitan Life Insurance Company

---

1

STIPULATION OF COUNSEL FOR ORDER OF DISMISSAL

1

2  DATED: August 5, 2011                        DAVID ALLEN & ASSOCIATES

3                                               By: */s/ David Allen*
                                                DAVID ALLEN
4                                               Attorney for Plaintiff
                                                Ingrid Del Monte

5

6

7

8
                            **ORDER**
9
       IT IS SO ORDERED. The Clerk of Court is hereby directed to close the file.
10

11
   Dated:   9/14/11
12

13                                              _____
                                                HON. SAUNDRA B. ARMSTRONG
14                                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28